**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
DENNIS SUMLIN, on behalf of himself and all others similarly situated, :   Case no.1:24-cv-9994

Plaintiffs,

v.   **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Hawksmoor Restaurant Group, Inc.

Defendant.
------------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: September 9, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ *Asher H. Cohen***
By: Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844)-731-3343
D: (718)-360-0579
Email: acohen@ealg.law